IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

FILED'10 MAR 18 14:33 USDC-ORP

RAMIRO SALINAS, JAVIER CONCHAS, JOSE CORONA, JUAN G. GOMEZ, ADAN TORRES, LINO CAVARRUBIA, GABINO GONZALES, ROLANDO CARDENA, CORNELIO NAVA JIMENEZ, and JOSE ALFREDO PENA AVALOS

Plaintiffs,

v.

BEEF NORTHWEST FEEDERS, LLC,

Defendant.

No. CV 08-1514-PK

OPINION & ORDER

**MOSMAN, J.,**

On March 1, 2010, Magistrate Judge Papak issued Findings and Recommendation ("F&R") (#55) in the above-captioned case recommending that I GRANT plaintiffs' Motion for Attorney Fees (#43) and order defendant to pay plaintiffs' attorney fees in the amount of $62,718.84, and costs in the amount of $2,318.52. No objections to the F&R were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination of those portions of the report or specified findings or

1

recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Papak's recommendation, and I ADOPT the F&R (#55) as my own opinion. Plaintiffs' Motion for Attorney Fees (#43) is GRANTED, and defendant is HEREBY ORDERED to pay plaintiffs' attorney fees in the amount of $62,718.84, and costs in the amount of $2,318.52.

DATED this 18 day of March, 2010.

MICHAEL W. MOSMAN
United States District Court